MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MABN 100560)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: stephen.corrigan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00910 SBA |
|     Plaintiff, | |
|     v. | STIPULATION AND ORDER TO CONTINUE DATE FOR CHANGE OF PLEA AND SENTENCING |
| CHAD BRANDTS, | |
|     Defendant. | |

    The parties, through counsel of record, stipulate and agree to continue the August 14, 2012 date for change of plea and sentencing to September 18, 2012 at 10:00 a.m. The continuance is requested due to the unavailability of all parties on August 14, 2012.

//

//

//

//

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DATE FOR CHANGE OF PLEA AND SENTENCING
CR 11-00910 SBA

The parties further stipulation that the Speedy Trial Clock should be tolled from August 14, 2012 to September 18, 2012 for continuity of counsel and effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED.

          MELINDA HAAG
          United States Attorney

Dated: July 20, 2012          /s/
          STEPHEN G. CORRIGAN
          Assistant United States Attorney

Dated: July 20, 2012          /s/
          NED SMOCK
          Attorney for Defendant

SO ORDERED.

Dated: 7/23/12          *Saundra B Armstrong*
          SAUNDRA BROWN ARMSTRONG
          United States Senior Judge

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DATE FOR CHANGE OF PLEA AND SENTENCING
CR 11-00910 SBA          2