UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHAD BRANDTS, )<br>)<br>Defendant. )<br>) | No. CR-11-0910 SBA<br><br>ORDER TO AMEND JUDGMENT |

For the reasons set forth above, IT IS HEREBY ORDERED that the judgment in this matter shall be amended as follows:

Interest on the $285,945 restitution shall be waived pursuant to 18 U.S.C. § 3612(f)(3)(A).

A payment schedule shall be established with payments made in equal monthly installments of no less than $100 over a period of three years to commence immediately.

DATED: _3/12/13

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO AMEND JUDGMENT
No. CR-11-0910 SBA